# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM BECKER, et al.,

    Plaintiffs,

v.

CLARK COUNTY SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 2:23-cv-00603-JCM-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than June 21, 2023, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: June 14, 2023

Nancy J. Koppe
United States Magistrate Judge