# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BECKER, | Case No. 2:23-cv-00603-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 12] |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendants. | |

Pending before the Court is the parties' proposed discovery plan. Docket No. 12. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). Here, the parties seek a discovery period of 210 days. Docket No. 12 at 2. The parties seek an extended discovery period "to properly sequence discovery" and because they delayed in filing a proposed discovery plan and commencing discovery. *Id.* Such generalized submissions do not constitute good cause for an extended discovery period.

Accordingly, the proposed discovery plan is **DENIED**. Docket No. 12. The scheduling order in this case will be as follows:

| | |
|---|---|
| Initial Disclosures: | June 29, 2023 |
| Add/Amend Pleadings: | July 25, 2023 |
| Initial Experts: | August 24, 2023 |
| Rebuttal Experts: | September 25, 2023 |
| Discovery Cut-Off | October 23, 2023 |
| Dispositive Motions: | November 22, 2023 |
| Joint Pretrial Order: | December 22, 2023, 30 days after the resolution of dispositive motions, or further Court order. |

IT IS SO ORDERED.

Dated: June 20, 2023

Nancy J. Koppe
United States Magistrate Judge

1