# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIAM BECKER, *et al.*,

  Plaintiffs,

v.

CLARK COUNTY SCHOOL DISTRICT, *et al.*,

  Defendants.

Case No. 2:23-cv-00603-JCM-NJK

**Order**

[Docket No. 25]

Pending before the Court is Plaintiffs' counsel's motion to withdraw as counsel. Docket No. 25. The motion fails to comply with Local Rule IA 11-6. Accordingly, the motion to withdraw as counsel is **DENIED** without prejudice. Docket No. 25. Any subsequent request must fully comply with all applicable caselaw and the Local Rules.

IT IS SO ORDERED.

Dated: January 16, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1