UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BECKER and BRITTANY BROWN, Individually, and on behalf of V.B., a minor,<br><br>Plaintiffs,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; an agency and/or political subdivision of the STATE OF NEVADA; DORYS TOVAR; DOES I-X, Inclusive; ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No.:   2 2:23-cv-00603-JCM-NJK<br><br>**ORDER TO EXTEND<br>DISCOVERY DEADLINES<br>(Third Request)** |

Plaintiffs WILLIAM BECKER, and BRITTANY BROWN, individually and on behalf of V.B., a minor, by and through her attorneys of record MICHAEL C. KANE, ESQ., BRADLEY J. MYERS, ESQ., and NICHOLAS J. DION, ESQ., of THE702FIRM, and Defendants, CLARK COUNTY SCHOOL DISTRICT, by and through their attorney of record KARA HENDRICKS, ESQ. of GREENBERG TRAURIG, LLP, and DORYS TOVAR, by and through her attorney of record, JONATHAN C. PATTILLO, ESQ., of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, hereby stipulate and request that the Court approve their request to extend discovery deadlines 45 days pursuant to Local Rule IR 6-1, Local Rule 26-3, and FRCP 26. Pursuant to Local Rule IA 6-1(a), the parties aver that this is the third discovery extension requested in this matter.

A. **DISCOVERY COMPLETED TO DATE**

The parties have conducted the following discovery to date:

1. Plaintiff, Clark County School District, and Dorys Tovar conducted an initial FRCP 26(f) conference on June 15, 2023.

2. Plaintiffs disclosed their initial disclosure pursuant to FRCP 26.1 on June 29, 2023;

3. Plaintiffs have disclosed their first ECC Supplement pursuant to FRCP 26.1 on July 20, 2023;

4. Plaintiffs have disclosed their second ECC Supplement pursuant to FRCP 26.1 on November 20, 2023;

5. Plaintiffs have disclosed their third ECC Supplement pursuant to FRCP 26.1 on January 10, 2024;

6. Defendant Clark County School District has disclosed their initial disclosure pursuant to FRCP 26.1 on June 29, 2023;

7. Defendant Clark County School District has disclosed their first ECC Supplement pursuant to FRCP 26.1 on July 20, 2023;

8. Defendant Clark County School District has disclosed their second ECC Supplement pursuant to FRCP 26.1 on October 13, 2023;

9. Defendant Clark County School District has disclosed their third ECC Supplement pursuant to FRCP 26.1 on November 22, 2023;

10. Defendant Dorys Tovar has disclosed her initial disclosure pursuant to FRCP 26.1 on July 21, 2023.

11. Plaintiffs served written discovery to Defendant Clark County School District on August 25, 2023.

12. Defendant Clark County School District served written discovery to Plaintiffs on August 16, 2023.

13. Plaintiffs responded to Clark County School District's written discovery on September 28, 2023.

14. Defendant Clark County School District responded to Plaintiffs written discovery on October 13, 2023.

15. Defendant Dorys Tovar responded to Plaintiffs written discovery on December 1, 2023.

16. Plaintiffs served their Initial Designation of Expert Witnesses and Documents Pursuant to FRCP 26.1 on November 22, 2023.

17. Clark County School District served their Rebuttal Expert Witness Disclosure Pursuant to FRCP 26(a)(2) on December 26, 2023.

18. Deposition of Mr. Scott D. Thornton, Esq. was conducted on January 10, 2023.

**B.   DISCOVERY TO BE COMPLETED**

1. Depositions of Plaintiffs;
2. Deposition of Defendant TOVAR;
3. Deposition(s) of CCSD and Variety School Employees;
4. Deposition of CCSDPD Detectives and Officers;
5. Deposition(s) of relevant medical providers;
6. Production of V.B.'s medical records;
7. Deposition of additional relevant third-party witness(es) or investigators;
8. Plaintiff and Defendant Expert Depositions; and
9. Any Additional Discovery Deemed Necessary.

**C.   REASON FOR THE REQUESETED EXTENSION OF DISCOVERY**

The702Firm Injury Attorneys advise this Honorable Court that there has been a breakdown in communication with the current Plaintiffs. On January 11, 2024, The702Firm Injury Attorneys began to advise the Defendants (and their counsel) of the communication breakdown. The702Firm Injury Attorneys also advised the Defendants and their counsel of their plans to withdraw from this matter. Despite the recent denial of The702Firm Injury Attorneys Motion to Withdraw (See Dkt. #27), the communication with the Plaintiffs has not improved – and The702Firm Injury

Attorneys plan to file a simultaneous Motion to Withdraw.

In the interest of allowing Plaintiffs to seek new counsel, the Parties have conferred, believe good cause exists, and therefore Stipulate to extend the deadlines in this matter for a period of **45 days**. This is the third discovery extension requested in this matter.

### D. PROPOSED NEW DEADLINES

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| **Amend Pleadings or Add Parties** | 07/25/2023 | Expired |
| **Initial Expert Disclosure Deadline** | 11/22/2023 | Expired |
| **Rebuttal Expert Disclosures Deadline** | 12/26/2023 | Expired |
| **Discovery Complete** | 03/07/2024 | 04/22/2024 |
| **Dispositive Motions** | 04/05/2024 | 05/25/2024 |
| **Joint Pretrial Order** | 05/06/2024 | 06/20/2024 |

IT IS SO STIPULATED.

| | |
|---|---|
| **THE702FIRM**<br><br>Dated this 17th of January 2024.<br><br>/s/ Michael Kane<br>_____<br>MICHAEL C. KANE, ESQ. (10096)<br>BRADLEY J. MYERS, ESQ. (8857)<br>8335 West Flamingo Road<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiffs* | **GREENBERG TRAURIG, LLP**<br><br>Dated this 17th day of January 2024.<br><br>/s/ Christian Spaulding<br>_____<br>CHRISTIAN T. SPAULDING (14277)<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendant,*<br>*CLARK COUNTY SCHOOL DISTRICT* |
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br><br>Dated this 17th day of January 2024.<br><br>/s/ Jonathan Pattillo<br>_____<br>JONATHAN C. PATTILLO, ESQ. (13929)<br>6689 Las Vegas Boulevard, South, Suite 200<br>Las Vegas, NV 89119<br>*Attorneys for Defendant,*<br>*DORYS TOVAR* | IT IS SO ORDERED.<br>Dated: January 18, 2024<br><br>_____<br>Nancy J. Koppe<br>United States Magistrate Judge |