UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BECKER, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br><br>　　Defendants. | Case No. 2:23-cv-00603-JCM-NJK<br><br>**Order**<br><br>[Docket No. 30] |

Pending before the Court is Plaintiffs' counsel's motion to withdraw as counsel. Docket No. 30. The Court hereby **SETS** that motion for a hearing at 2:00 p.m. on February 5, 2024, in Courtroom 3C. Plaintiffs William Becker and Brittany Brown and their counsel must be present in person at the hearing. Plaintiffs' counsel must serve this order on Plaintiffs and must file a certificate of service no later than January 30, 2024.

IT IS SO ORDERED.

Dated: January 19, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1