# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BECKER, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, et al., <br><br>   Defendants. | Case No.: 2:23-cv-00603-JCM-NJK <br><br> **Order** <br><br> [Docket No. 30] |

Pending before the Court is a motion to withdraw as counsel for Plaintiffs. Docket No. 30. For good cause shown, the Court **GRANTS** the motion.

Plaintiffs Becker and Brown, in their individual capacity, must either indicate to the Court that they intend to proceed *pro se*, or new counsel must enter an appearance on their behalf, no later than **March 1, 2024**.

New counsel must enter an appearance for Plaintiffs Becker and Brown on behalf of V.B., a minor, no later than **March 1, 2024**.

The Clerk's Office is **INSTRUCTED** to update the docket to include Plaintiffs' address, as set forth in Docket No. 30 at 5.

Withdrawing counsel must serve a copy of this order on Plaintiffs no later than 5:00 p.m. today and shall file a proof of service no later than February 5, 2024, at 10:00 a.m.

The hearing set for February 5, 2024, is **VACATED**.

IT IS SO ORDERED.

Dated: February 2, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE