# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BECKER, et al.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　Defendant(s). | Case No. 2:23-cv-00603-JCM-NJK<br><br>**Order**<br><br>[Docket No. 39] |

Pending before the Court is a stipulation to extend the dispositive motion deadline, Docket No. 39, which is **GRANTED**.  Deadlines are hereby **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  closed
- Rebuttal experts:  closed
- Discovery cutoff:  closed
- Dispositive motions:  July 24, 2024
- Joint proposed pretrial order:  August 19, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: May 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1