MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:   ferrariom@gtlaw.com
             hendricksk@gtlaw.com
*Counsel for Defendant, Clark County School District*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| **WILLIAM BECKER** and **BRITTANY BROWN**, Individually, and on behalf of **V.B.**, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>**CLARK COUNTY SCHOOL DISTRICT**, an agency and/or political subdivision of the STATE OF NEVADA; **DORYS TOVAR**; DOES I-X, Inclusive; ROE Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00603-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby STIPULATED AND AGREED among Plaintiffs WILLIAM BECKER, and BRITTANY BROWN, individually and on behalf of V.B., a minor, by and through her attorneys of record JOSHUA L. BENSON, ESQ., of BENSON ALLRED, and Defendants, CLARK COUNTY SCHOOL DISTRICT, by and through their attorney of record KARA B. HENDRICKS, ESQ. of GREENBERG TRAURIG, LLP, and DORYS TOVAR, by and through her attorney of record, JONATHAN C. PATTILLO, ESQ., of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, that, in accordance with Fed. R. Civ. P. 41(a)(2) and LR 7-1 of the United States District Court, District of Nevada Local Rules, this action and all claims asserted
/ / /

1

by Plaintiffs against Defendants herein are dismissed with prejudice with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 19th day of February 2025

**GREENBERG TRAURIG, LLP**

By: */s/ Kara B. Hendricks*
MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No 07743
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Defendant,*
*Clark County School District*

DATED this 19th day of February 2025

**BENSON ALLRED**

By: */s/ Joshua L. Benson*
JOSHUA L. BENSON
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106

*Attorney for Plaintiffs*

DATED this 19th day of February 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Jonathan C. Pattillo*
JONATHAN C. PATTILLO, ESQ. (13929)
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119

*Attorneys for Defendant,*
*Dorys Tovar*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 24, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 19, 2025,** I caused the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

                                                    */s/ Evelyn Escobar-Gaddi*
                                      An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002